CLOSED, EAPN

**U.S. District Court**
**United States District Court for the Western District of Missouri (Kansas City)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-00604-SOW**

Skillman v. Davol, Inc. et al
Assigned to: District Judge Scott O. Wright
Demand: $75,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 08/21/2007
Date Terminated: 10/02/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Nancy Skillman** represented by

**Derek H. Potts**
Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
(816) 931-2230
Fax: (816) 931-7030
Email: dpotts@potts-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Kuntz**
Wagstaff & Cartmell, LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax: (816) 531-2372
Email: jkuntz@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P. Cartmell**
Wagstaff & Cartmell, LLp
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816)701-1100
Fax: (816)531-2372
Email: tcartmell@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Joseph Preuss**
Wagstaff & Cartmell

4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701-1168
Fax: (816) 531-2372
Email: tjpreuss@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy L. Sifers**
The Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
(816) 931-2230
Fax: (816) 931-7030
Email: tsifers@potts-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**
*a Delaware Corporation*

represented by **Kara T Stubbs**
Baker, Sterchi, Cowden & Rice LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108
(816)471-2121
Fax: (816)472-0288
Email: stubbs@bscr-law.com
*LEAD ATTORNEY*

**Defendant**

**C.R. Bard, Inc.**
*a New Jersey Corporation*

represented by **Kara T Stubbs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2007 | 1 | COMPLAINT against all defendants (Filing fee $350 receipt number 1588995) Service due by 12/24/2007. filed by Jeffrey M. Kuntz on behalf of Nancy Skillman. (Attachments: # 1 Civil Cover Sheet)(Kuntz, Jeffrey) (Entered: 08/21/2007) |
| 08/22/2007 | | SUMMONS ISSUED as to Davol, Inc., C.R. Bard, Inc. (McDowell, Shelly) (Entered: 08/22/2007) |
| | | |

| | | |
|---|---|---|
| 08/22/2007 | 2 | Notice of EAP Neutral (Attachments: # 1 EAP General Order)(Baldwin, Joella) (Entered: 08/22/2007) |
| 08/27/2007 | | SUMMONS REISSUED as to C.R. Bard, Inc. (McDowell, Shelly) (Entered: 08/27/2007) |
| 09/18/2007 | 3 | RETURN OF SERVICE of complaint executed by Nancy Skillman. Davol, Inc. served on 9/5/2007, answer due 9/25/2007. (Kuntz, Jeffrey) (Entered: 09/18/2007) |
| 09/18/2007 | 4 | RETURN OF SERVICE of complaint executed by Nancy Skillman. C.R. Bard, Inc. served on 9/7/2007, answer due 9/27/2007. (Kuntz, Jeffrey) (Entered: 09/18/2007) |
| 09/25/2007 | 5 | ANSWER to Complaint with Jury Demand *AND AFFIRMATIVE DEFENSES* filed by Kara T Stubbs on behalf of Defendants Davol, Inc., C.R. Bard, Inc..(Stubbs, Kara) (Entered: 09/25/2007) |
| 09/25/2007 | 6 | DISCLOSURE OF CORPORATE INTERESTS filed by Kara T Stubbs on behalf of Defendants Davol, Inc., C.R. Bard, Inc..(Stubbs, Kara) (Entered: 09/25/2007) |
| 10/01/2007 | 7 | CONDITIONAL TRANSFER ORDER from Jeffery N. Luthi, Clerk of the Panel transferring case to the MDL panel, Docket #1842, District of Rhode Island. (Kee, Georgia) (Entered: 10/02/2007) |
| 10/02/2007 | | ***Remark: Certified copy of the docket sheet and documents in the above listed case file were electronically transferred to the District of Rhode Island. (Kee, Georgia) (Entered: 10/02/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/03/2007 11:33:42 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-00604-SOW |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |